Phil S. Flemming (AZ Bar No. 014778)
YEN PILCH ROBAINA & KRESIN PLC
6017 North 15th Street
Phoenix, Arizona 85014
Telephone: (602) 682-6450
Facsimile: (602) 682-6455
psf@yprklaw.com

Attorneys for Plaintiff

Andrea G. Lovell (AZ Bar No. 019882)
Melissa L. Shingles (AZ Bar No. 032645)
LITTLER MENDELSON P.C.
Camelback Esplanade
2425 East Camelback Road, Suite 900
Phoenix, Arizona  85016
Telephone: (602) 474-3600
Facsimile No.: (602) 597-1801
alovell@littler.com
mshingles@littler.com

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Debbie A. Peters, an individual, | No. CV-21-138-TUC-RM |
| Plaintiff | |
| v. | **JOINT REPORT ON SETTLEMENT TALKS** |
| Milestone Technologies, Inc., a California corporation, | |
| Defendant. | |

      Pursuant to the Court's June 25, 2021 Scheduling Order, the parties have engaged in good faith settlement talks, and have agreed to a settlement conference before a private mediator. The parties plan to set the mediation at the first available date.

      DATED this 2nd day of December 2021.

///

///

YEN PILCH ROBAINA & KRESIN PLC

By   /s/ Phil S. Flemming
      Phil S. Flemming
      Attorneys for Plaintiff

LITTLER MENDELSON P.C.

By   /s/ Melissa L. Shingles
      Andrea G. Lovell
      Melissa L. Shingles
      Attorneys for Defendant

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 2nd day of December 2021, I caused the foregoing document to be electronically transmitted to the Clerk's Office using the CM/ECF System for filing and transmittal to the following CM/ECF Registrants:

Andrea G. Lovell
Melissa L. Shingles
LITTLER MENDELSON P.C.
Camelback Esplanade
2425 East Camelback Road, Suite 900
Phoenix, Arizona  85016
alovell@littler.com
mshingles@littler.com
Attorneys for Defendant


  /s/ Gaynell Carpenter