Phil S. Flemming (AZ Bar No. 014778)
YEN PILCH ROBAINA & KRESIN PLC
6017 North 15th Street
Phoenix, Arizona 85014
Telephone: (602) 682-6450
Facsimile: (602) 682-6455
psf@yprklaw.com

Attorneys for Plaintiff

Andrea G. Lovell (AZ Bar No. 019882)
Melissa L. Shingles (AZ Bar No. 032645)
LITTLER MENDELSON P.C.
Camelback Esplanade
2425 East Camelback Road, Suite 900
Phoenix, Arizona  85016
Telephone: (602) 474-3600
Facsimile No.: (602) 597-1801
alovell@littler.com
mshingles@littler.com

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Debbie A. Peters, an individual, | No. CV-21-138-TUC-RM |
| Plaintiff | |
| v. | **NOTICE OF SETTLEMENT** |
| Milestone Technologies, Inc., a California corporation, | |
| Defendant. | |

The parties, by and through undersigned counsel, provide notice to the Court that the parties have settled the above-captioned matter.  The parties anticipate filing a Notice of Dismissal within thirty days.

RESPECTFULLY SUBMITTED this 25th day of January 2022.

///

///

///

YEN PILCH ROBAINA & KRESIN PLC

By   /s/ Phil S. Flemming
     Phil S. Flemming
     Attorneys for Plaintiff

LITTLER MENDELSON P.C.

By   /s/ Melissa L. Shingles
     Andrea G. Lovell
     Melissa L. Shingles
     Attorneys for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of January 2022, I caused the foregoing document to be electronically transmitted to the Clerk's Office using the CM/ECF System for filing and transmittal to the following CM/ECF Registrants:

Andrea G. Lovell
Melissa L. Shingles
LITTLER MENDELSON P.C.
Camelback Esplanade
2425 East Camelback Road, Suite 900
Phoenix, Arizona  85016
alovell@littler.com
mshingles@littler.com
Attorneys for Defendant


/s/ Gaynell Carpenter